IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY J. LABRIE,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JACK L. REDIGER, and REMODEL NEBRASKA LLC,<br><br>　　　　　　Defendants. | **8:23CV355**<br><br>**ORDER** |

　　　　Before the Court is Plaintiff's motion to proceed in forma pauperis. Filing No. 2. Plaintiff is self-employed and reports income of $337.31 for the month of June 2023. Plaintiff states she has $89,000.00 in cash or in a checking or savings account. She describes monthly expenses of $543.00 for storage costs, insurance, and a credit card payment. Plaintiff also states she has credit card debt of $4,700.00. Given the extent of Plaintiff's available assets, the Court finds that her monthly expenses would not impact her ability to pay the relatively modest filing fee associated with filing a claim in federal court.

　　　　IT IS THEREFORE ORDERED that:

　　　　1.　　Plaintiff's motion to proceed in forma pauperis, Filing No. 2, is denied.

　　　　2.　　Plaintiff shall pay the $402.00 filing fee within 30 days of the date of this order.

　　　　3.　　Failure to comply with this order will result in this matter being dismissed without prejudice and without further notice.

2

4. The Clerk of Court is directed to set a pro se case management deadline using the following text: **September 18, 2023**: deadline for Plaintiff to pay $402.00 filing fee.

Dated this 18th day of August, 2023.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge