IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIMBERLY J. LABRIE,<br><br>  Plaintiff,<br><br>vs.<br><br>JACK L. REDIGER, and REMODEL NEBRASKA LLC,<br><br>  Defendants. | 8:23CV355<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

This case is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. Filing 15. The parties jointly stipulate to the dismissal of this case in its entirety with prejudice and with each party to bear its own costs and attorney's fees. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation of Dismissal with Prejudice, Filing 15, is granted. This case is dismissed in its entirety with prejudice and with each party to pay its own costs and attorney fees.

Dated this 25th day of April, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1